**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Mercedie Marie T., | Case No. 2:25-cv-02288-NJK |
| Plaintiff(s), | **ORDER** |
| v. | [Docket No. 15] |
| Frank Bisignano, | |
| Defendant(s). | |

Attorneys "play with fire if they raise the same arguments over and over and fail to acknowledge prior adverse rulings." *Atlantis Enterps., Inc. v. Avon Prods. Inc.*, 2010 WL 11519593, at *3 (C.D. Cal. Jan. 14, 2010) (quoting *U.S. Commodity Futures Trading Com'n v. Lake Shore Asset Mgmt. Ltd.*, 540 F. Supp. 2d 994, 1015 (N.D. Ill. 2008)). The Court recently issued an order explaining that "[p]lentiful case law in this District finds that paralegal work in the social security context generally fetches $100 in this community," *Todd Allen J. v. Bisignano*, 2026 WL 881668, at *1 (D. Nev. Mar. 30, 2026) (collecting cases), and Attorney Kalagian responded to that order by reducing the fees sought to reflect a $100 hourly rate for paralegals, *see id.*, Case No. 2:25-cv-1940-NJK, Docket Nos. 17, 17-1, 17-2 (D. Nev. Apr. 8, 2026). And, yet, just days later, Attorney Kalagian is back again seeking an hourly rate of $179 for the exact same paralegal. Docket No. 15-2. Attorney Kalagian does so despite acknowledging the adverse case law previously identified. *See* Docket No. 15 at 7. What is missing is any meaningfully developed argument as to how or why the Court would award fees based on an hourly rate of $179 for paralegals. Accordingly, the pending stipulation is **DENIED** without prejudice. Any renewed request must be filed by April 21, 2026.

IT IS SO ORDERED

Dated: April 14, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1